UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

J & J SPORTS PRODUCTIONS, INC.,
Plaintiff,

-vs-

Case No. 6:09-cv-467-Orl-18DAB

ALEX ARBOLEDA, RESTAURANTE Y
TAQUERIA LOS DELEITES, INC., d/b/a
Restaurante & Taqueria Los Deleites, a/ka
Taqueria Los Deleite,
Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Motion for Default Judgment Against Restaurante Y Taqueria Los Deleites, Inc. And Alex Arboleda (doc. no. 10). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Motion for Default Judgment is **GRANTED in part** and statutory damages are awarded, the equivalent of the license fee for the maximum capacity (150) of the restaurant, or $2,600, plus enhanced damages of three times the per-maximum-patron amount, or $7,800, for a total damages award of $10,400. Plaintiff's request for attorney's fees in the amount of $505.25 and costs in the amount of $630.00 is **GRANTED**.

It is **SO ORDERED** in Orlando, Florida, this 27 day of October, 2009.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge